UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

J.M. WOODWORTH RISK RETENTION GROUP, INC., a Nevada Captive Corporation,

Plaintiff,

vs.

UNI-TER UNDERWRITING MANAGEMENT CORPORATION, a Delaware Corporation; UNI-TER RISK MANAGEMENT SERVICES CORPORATION, a Delaware Corporation; UNI-TER CLAIMS SERVICES CORPORATION, a Delaware Corporation; US RE AGENCIES, INC., a Delaware Corporation; STATE OF NEVADA, DIVISION OF INSURANCE OF THE DEPARTMENT OF BUSINESS AND INDUSTRY; DOES I- X; and ROE ENTITIES XI through XX,

Defendants

Case No.: 13-cv-0911-JAD-PAL

**Order Remanding this Case Back to Nevada's Eighth Judicial District Court, Clark County, NV [#5]**

For the reasons stated on the record during the August 4, 2014, supplemental hearing on Plaintiff J.M. Woodworth Risk Retention Group, Inc.'s Emergency Motion to Remand (Doc. 5), IT IS HEREBY ORDERED that the motion to remand (Doc. 5) is GRANTED for lack of complete diversity of citizenship. This case is remanded back to the Eighth Judicial District Court, Clark County Nevada (Case No. A-13-681890-B);

IT IS FURTHER ORDERED that all other pending motions are denied as moot.

DATED: August 4, 2014.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE